570 A.2d 949

HORACE GIAMBATTISTA, ET AL. v. COUNTY OF ESSEX.

October 3, 1989.

Petition for certification denied.

570 A.2d 950

UNADILLA SILO CO., INC. v. HESS BROTHERS, INC., ET AL.

October 3, 1989.

Petition for certification granted.

570 A.2d 950

JANET E. WOODBURY v. THE MINISTER, ELDERS AND DEACONS OF THE REFORMED PROTESTANT DUTCH CHURCH, ETC.

October 3, 1989.

Petition for certification denied.